**Kenneth Jess OXBORROW, Petitioner—Appellant,**

v.

**COMMISSIONER of INTERNAL REVENUE, Respondent— Appellee.**

**No. 07–70357.**

United States Court of Appeals, Ninth Circuit.

Submitted July 23, 2007 *.

Filed July 27, 2007.

Kenneth Jess Oxborrow, Pahrump, NV, pro se.

Donald L. Korb, Acting Chief Counsel Internal Revenue Service, Robert J. Branman, Esq., Eileen J. O'Connor, Esq., DOJ—U.S. Department of Justice Tax Division, Robert R. Di Trolio, Washington, DC, for Respondent–Appellee.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: SCHROEDER, Chief Judge, HAWKINS and WARDLAW, Circuit Judges.

MEMORANDUM **

A review of the record and petitioner's briefs indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See* 26 U.S.C. § 6330(c)(2)(B); *United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard)

Accordingly, the motion to summarily affirm the tax court's judgment is granted.

All pending motions are denied as moot.

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.